# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

150515

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

DANIEL JENARO QUIJAS,
            Defendant-Appellant.

SC: 150515
COA: 323426
Muskegon CC: 13-064018-FH

_____/

On order of the Court, the application for leave to appeal the October 6, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Muskegon Circuit Court for consideration of the defendant's issue regarding the assessment of court costs. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



Clerk

p0718